STATE OF NEW JERSEY  )
                     ) SS:
COUNTY OF PASSAIC    )

Angela M. Roper, an attorney at law, being duly sworn deposes and says that deponent has read the foregoing Complaint and knows the contents thereof; that the same are true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters deponent believes them to be true.

_____
Angela M. Roper

Sworn to before me this
12th day of December, 2018

_____
Notary Public

MELISSA A CAPONE
ID # 2409791
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June 22, 2021