# EXHIBIT A



## EXECUTION AND ACKNOWLEDGEMENT

I, __Maureen Dowe__, have read the foregoing Agreement and I accept and agree to the provisions it contains and hereby execute it voluntarily with full understanding of its consequences.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

EXECUTED this __8__ day of __March__ 1998, at _____.

*[signature: Maureen Dowe]*

6