```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MAUREEN DOWE; ELVIE MOORE; and ESTHER :
BUCKRAM, individually and on behalf of :   18cv11633 (DLC)
those Class Members similarly         :
situated,                             :         ORDER
                                      :
                    Plaintiffs,       :
                                      :
            -v-                       :
                                      :
LEEDS BROWN LAW, P.C.; LEEDS MORELLI &:
BROWN, P.C.; LEEDS MORELLI & BROWN,   :
LLP; LEEDS & MORELLI, P.C.; LENARD    :
LEEDS; STEVEN A MORELLI; JEFFREY K.   :
BROWN; PRUDENTIAL FINANCIAL INC.,     :
parent and successor in interest to   :
PRUDENTIAL SECURITIES, INC.; ERIC     :
SCHWIMMER; and JOHN DOES 1-25,        :
fictitious persons and entities,      :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

DENISE COTE, District Judge:

An Opinion of November 22, 2019 having granted Prudential Financial Inc.'s motion to compel arbitration in the above-captioned case, it is hereby

ORDERED that the parties are to provide a status letter by **May 22, 2020.**

SO ORDERED:

Dated:   New York, New York
         November 22, 2019

                                    _____
                                           DENISE COTE
                                    United States District Judge