UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAUREEN DOWE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>LEEDS BROWN LAW, P.C., LEEDS MORELLI & BROWN, P.C., LEEDS MORELLI & BROWN, LLP, LEEDS & MORELLI, P.C., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, PRUDENTIAL FINANCIAL INC., parent and successor in interest to PRUDENTIAL SECURITIES, INC., ERIC SCHWIMMER, and JOHN DOES 1-25, fictitious persons and entities,<br><br>       Defendants. | Civil No. 18-cv-11633 |

## ~~(PROPOSED)~~ ORDER
## DIRECTING ENTRY OF JUDGMENT FOR
## CONFIRMATION OF ARBITRATION AWARD PURSUANT TO 9 U.S.C. §9

**WHEREAS,** Prudential Financial Inc., allegedly successor in interest to Prudential Securities Inc. and Eric Schwimmer (the "Prudential Defendants") have moved by Notice of Motion for an Order granting judgment for confirmation of an arbitration award, dated September 15, 2021, pursuant to 9 U.S.C. § 9 against Maureen Dowe, Elvie Moore and Esther Buckram ("Plaintiffs");

**WHEREAS,** Plaintiffs Maureen Dowe, Elvie Moore and Esther Buckram ("Plaintiffs") did not oppose the motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the Prudential Defendants have judgment for confirmation of the arbitration award against Plaintiffs and the

76355144v.1

Court hereby confirms the arbitration award in the FINRA Dispute Resolution forum in the arbitration captioned *Maureen Dowe, et al. v. Prudential Financial Inc., et al.*, FINRA No. 16-01018/Consolidated with FINRA No. 17-01361 4687895.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that each Party shall bear its own attorneys' fees and costs incurred in connection with this motion.

**SO ORDERED**
Dated: ~~December ___, 2021~~
New York, New York

Hon. _____
        [signature]
        November 16, 2021

2

76355144v.1