**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAUREEN DOWE, Individually and on
Behalf of All Others Similarly Situated,

|  |  |
|---|---|
| Plaintiffs, | 18 **CIVIL** 11633(DLC) |
| -against- | **JUDGMENT** |

LEEDS BROWN LAW, P.C., LEEDS
MORELLI & BROWN, P.C., LEEDS
MORELLI & BORWN, LLP, LEEDS &
MORELLI, P.C., LENARD LEEDS, STEVEN A.
MORELLI, JEFFREY K. BROWN,
PRUDENTIAL FINANCIAL INC., parent and
Successor in interest to PRUDENTIAL
SECURITIES, INC., ERIC SCHWIMMER, and
JOHN DOES 1-25, fictitious persons and
Entities,

                                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated November 16, 2021, that the Prudential Defendants have

judgment for confirmation of the arbitration award against Plaintiffs and the Court hereby confirms

the arbitration award in the FINRA Dispute Resolution forum in the arbitration captioned Maureen

Dowe, et al., v. Prudential Financial Inc., et cl., FINRA No. 16-01018/Consolidated with FINRA

No. 17-01361 4687805.

**Dated**: New York, New York
      November 16, 2021

                              **RUBY J. KRAJICK**
                    _____
                              **Clerk of Court**
              **BY:**  _David J. Thomas_
                              **Deputy Clerk**